# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IDA GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-20-0341-F |
| ) | |
| UNION PACIFIC RAILROAD ) | No. CJ-2019-0173 in the District |
| COMPANY, JOSHUA J. HALL and ) | Court for Grady County, Oklahoma |
| JEFF HOWELL, ) | |
| ) | |
| Defendants. ) | |

## ORDER

In response to the court's order of July 23, 2020 (doc. no. 17), Union Pacific Railroad Company, the party which invoked this court's jurisdiction by removing this action to federal court, has now informed the court that it no longer asserts the existence of diversity jurisdiction. Doc. no. 18. Diversity of citizenship was the sole basis upon which federal jurisdiction was previously alleged to exist, and no other basis for subject matter jurisdiction is apparent from the pleadings. Accordingly, this court lacks jurisdiction. This action is hereby **REMANDED** to the District Court of Grady County, State of Oklahoma, for lack of subject matter jurisdiction. *See generally*, 28 U.S.C. §1447(c),(d).

IT IS SO ORDERED this 7th day of August, 2020.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

20-0341p006.docx